Date: 01/22/10  **DIVIDENDS REMITTED TO THE COURT**  #149721  Page: 1

Case Number 08-14144 - HELMICK, DAVID

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Regional Diagnostics**<br>P.O. Box 92292<br>Cleveland, OH 44193 | 000001 | 50.78 | 1.68 ck 103 |
| ---------- Remittance Total ---------- | | 50.78 | 1.68 |

*[signature]*
LAUREN A. HELBLING, Trustee

FILED 2010 JAN 26 PM 3:05
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND